PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALI MOSHIR, | ) | |
| | ) | CASE NO. 4:17CV1546 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAPTAIN CONLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses this action pursuant to 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

December 12, 2017                           /s/ Benita Y. Pearson
Date                                        Benita Y. Pearson
                                            United States District Judge